# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY D. WICKMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-12-1138-M |
| ROGERS COUNTY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On November 20, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, for the alleged violation of plaintiff's constitutional rights. The Magistrate Judge recommended that the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1406(a). Plaintiff was advised of his right to object to the Report and Recommendation by December 7, 2012. No objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Magistrate Judge's Report and Recommendation [docket no. 8] issued on November 20, 2012, and

(2) DISMISSES the complaint in accordance with 28 U.S.C. § 1406(a).

**IT IS SO ORDERED this 17th day of December, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE